IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA )
)
VS. )                            CASE NO.:  3:11-CR-250-M (39)
)
EDGAR GUTIERREZ HOYOS )

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

EDGAR GUTIERREZ HOYOS, by consent, under authority of United States v. Dees, 125
F.3d 261 (5th Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered
a plea of guilty to Count(s) 1 of the superseding Indictment, filed January 23, 2013. After cautioning
and examining  EDGAR GUTIERREZ HOYOS  under oath concerning each of the subjects
mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that
the offense(s) charged is supported by an independent basis in fact containing each of the essential
elements of such offense.  I therefore recommend that the plea of guilty, and the plea agreement, be
accepted, and that EDGAR GUTIERREZ HOYOS be adjudged guilty and have sentence imposed
accordingly.

Date:   May 14, 2013

_____
RENÉE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).